```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF INDIANA
                       SOUTH BEND DIVISION
```

FRANK H. PRICE,                )
                               )
Plaintiff,                     )
                               )
vs.                            )    CAUSE NO. 3:12-CV-857
                               )
M. LIGHTFOOT,                  )
                               )
Defendant.                     )

## OPINION AND ORDER

This matter is before the Court on the Motion for Voluntary Dismissal Without Prejudice (DE 32) filed by the plaintiff, Frank H. Price, a *pro se* prisoner, on September 18, 2013, and the Motion to Stay Discovery (DE 33) filed by the defendant, Masatra Lightfoot, by counsel, on September 25, 2013. In the Motion to Stay Discovery, the defendant states that she does not oppose the Motion for Voluntary Dismissal without Prejudice.

For the reasons set forth above, the Motion to Dismiss (DE 32) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**. The Motion to Stay Discovery (DE 33) is **DENIED AS MOOT.**

DATED: September 26, 2013          /s/RUDY LOZANO, Judge
                                   United State District Court